bursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Petition of BEATRICE FINK, Appellant, against PAUL J. KERN and Others, as Municipal Civil Service Commissioners in and for the City of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [176 Misc. 114.]

In the Matter of the Application of EDWARD F. SHANBACKER for an Order Relieving Him of His Default in Filing His Notice to Take His Elective Share against the Will of ALICE B. SHANBACKER, Deceased, and Permitting Him to File and Record Such Notice in the Office of the Clerk of This Court. FREDERICK B. SHANBACKER, Appellant; EDWARD F. SHANBACKER, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ESTELLE LASEK, Appellant, v. ALFRED L. LASEK, Respondent.— Order unanimously modified by fixing the amount of alimony to be paid to plaintiff for the maintenance and support of plaintiff and her daughter at the sum of fifty dollars per week, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of CAULDWELL-WINGATE COMPANY, Petitioner, Appellant, for an Order Compelling THE NEW YORK CITY HOUSING AUTHORITY, Respondent, to Arbitrate.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

WILLIAM G. MCALLISTER, Appellant, v. PENNSYLVANIA DRUG COMPANY, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of IRA GUILDEN, Appellant, for Modification of an Order Sustaining a Writ of Habeas Corpus as to Custody and Visitation of JOAN GUILDEN and PAUL GUILDEN, Infants. LOUISE GUILDEN, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Cohn, J., taking no part.

In the Matter of the Application of BOTANY WORSTED MILLS for a Stay of All Proceedings by HENRY FRIEDRICKS and Others, etc., in a Certain Action Now Pending in the City Court of the City of New York, County of New York. BOTANY WORSTED MILLS, Petitioner, Appellant; HENRY FRIEDRICKS and Others, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ROBINSON & SWEET, INC., a Domestic Corporation, and CHARLES A. ROBINSON, Respondents, v. ROGERS-HORGAN TRADING CORPORATION, a Domestic Corporation, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

BELLA SMIGEL and SEBASTIAN SMIGEL, Appellants, v. MEYER LONDON CORPORATION and Another, Defendants, Impleaded with SOL HALPERN and MURRAY